**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

PAMELA P.,

               Plaintiff,

v.                                    CIVIL ACTION NO.   3:25-0699

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,

               Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Plaintiff's request for remand (ECF No. 5); deny the Commissioner's request to affirm the final decision (ECF No. 8); reverse the final decision of the Commissioner; and remand this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and, consistent with the findings and recommendation, **GRANTS** Plaintiff's request for remand (ECF No. 5); **DENIES** the Commissioner's request to affirm the final decision (ECF No. 8); **REVERSES** the final decision of the Commissioner; and **REMANDS**

-2-

this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:　　　April 10, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE